THE PEOPLE OF THE STATE OF NEW YORK *v.* FAMILY FUND SOCIETY.

In the Matter of the Application of EUGENE H. SHORB et al., Respondents, *v.* FRANCIS V. S. OLIVER, Receiver, Appellant.

*People* v. *Family Fund Society,* 31 App. Div. 166, appeal dismissed.
(Submitted April 18, 1899; decided May 2, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

December 13, 1898, reversing an order of the Special Term denying a motion made by Lizzie T. Shorb and others to vacate an order directing the receiver appointed upon the dissolution of defendant to pay a portion of the funds in his hands to certain claimants, and to require him personally to pay back into a trust company the amount paid by him pursuant to the said order.

*Ernest Hall* for appellant.

*Raphael J. Moses* for respondents.

Appeal dismissed upon the ground that the order appealed from is not an order finally determining a special proceeding, with costs; no opinion.

All concur.